**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10410 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00587-ROS |
| v. | |
| NELDA DRUCILA PLATA-ARMENTA, a.k.a. Nelda Plata-Armenta, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Howard D. McKibben, District Judge, Presiding[**]

Submitted June 18, 2013[***]

Before:    TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Nelda Drucila Plata-Armenta appeals from the district court's judgment and

challenges her guilty-plea conviction and 21-month sentence for reentry of a

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Howard D. McKibben, Senior United States District Judge for the District of Nevada, sitting by designation.

[***]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Plata-Armenta's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Plata-Armenta the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**